AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

WILLIAM T. GAINES
60 Highland Drive
Danville, NH
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1656-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 31, 2003__ in __Norfolk__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

after being convicted in, among other courts, Suffolk County (Massachusetts) Superior Court, of a crime punishable by imprisonment for a term exceeding one year, possess in or affecting commerce, a firearm, to wit: a Smith & Wesson, Model CS 40, .40 caliber semi-automatic handgun, bearing serial number TDS 4224.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title

facts:
See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

02-19-2004                    at    Boston, Massachusetts
Date                                       City and State

Charles B. Swartwood
United States Magistrate Judge            _Signature of Judicial Officer_
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.