AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM T. GAINES
60 Highland Drive
Danville, NH 03819

**WARRANT FOR ARREST**

CASE NUMBER: 04-1656-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _William T. Gaines_
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm which has been shipped or transported in interstate commerce

in violation of Title _18_ United States Code, Section(s) _922 (g)(1)_

CHARLES B. SWARTWOOD                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

_[signature]_                            02-19-2004    Boston, MA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____    by _____
                                 Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: William T. Gaines

ALIAS: ____

LAST KNOWN RESIDENCE: 60 Highland Drive, Danville, NH 03819

LAST KNOWN EMPLOYMENT: B & B Plumbing, 10 Jay Street, Cambridge, MA

PLACE OF BIRTH: Boston, MA

DATE OF BIRTH (4 digit year): 00-00-1971

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8530

HEIGHT: 6' 2"    WEIGHT: 195

SEX: Male    RACE: Black

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: Bureau of Alcohol, Tobacco, Firearms and Explosives

120 Front Street, Room 610, Worcester, MA 01608