UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | CRIMINAL NO. 04CR 10102 DPW<br><br>VIOLATION:<br>18 U.S.C. §922(g)(1)<br>Previously Convicted Felon<br>in Possession of a Firearm |
| v. |  |  |
| WILLIAM T. GAINES |  |  |

INFORMATION

COUNT ONE:    (18 U.S.C. §922(g)(1) - Previously Convicted Felon in Possession of a Firearm)

The United States Attorney for the District of Massachusetts charges that:

On or about July 31, 2003, at Braintree, in the District of Massachusetts,

**WILLIAM T. GAINES**,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson, Model CS 40, .40-caliber semi-automatic handgun, bearing serial number, TDS4224.

All in violation of Title 18, United States Code, Section 922(g)(1).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

By: *[signature]*
                                     Jeremy M. Sternberg
                                      Assistant U.S. Attorney