UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE NO. 04-1656-CBS |
| vs. | ) | |
| WILLIAM T. GAINES | ) | |

### GOVERNMENT'S MOTION TO REMOVE SEAL

The United States Attorney hereby respectfully moves the Court to remove the seal with respect to all documents already filed, or to be filed, in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3142

SO ORDERED:

/s/ Charles B. Swartwood
CHARLES B. SWARTWOOD
United States Magistrate Judge

Date:_____

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

4-5-04
DATE            Assistant U.S. Attorney