# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-10102-DPW |
| ) | |
| WILLIAM T. GAINES  ) | |

## WAIVER OF INDICTMENT

I, **William T. Gaines**, the above-named defendant, who is accused of being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on 4/22/04 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
William T. Gaines

_____
Owen Walker, Counsel for the Defendant

Before: _____
Judicial Officer